# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134731 & (14)(15)(16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

NELSON COBAS,
          Defendant-Appellant.

SC: 134731
COA: 278650
Oakland CC: 91-106067-FC

_____/

On order of the Court, the application for leave to appeal the August 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for immediate consideration, peremptory reversal, and for the appointment of counsel are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

s1119